**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Harry MADERA, a.k.a. Boricua, a.k.a. Seal J, Defendant–Appellant.**

No. 13–50263.

United States Court of Appeals,
Ninth Circuit.

Submitted June 25, 2014.*

Filed June 27, 2014.

Jean–Claude Andre, Assistant U.S., E. Martin Estrada, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Vicki Marolt Buchanan, Esquire, Sonoma, CA, for Defendant–Appellant.

Harry Madera, Taft, CA, pro se.

Before: HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

### MEMORANDUM **

Harry Madera appeals from the district court's judgment and challenges the 130–month sentence imposed following his guilty-plea conviction for conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Madera's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Madera the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Madera waived the right to appeal six specified issues related to his sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to any sentencing issue outside the scope of the appeal waiver. We therefore affirm as to those issues. We dismiss the remainder of the appeal in light of the valid

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

appeal waiver. *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**

Before: HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.